| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Williams, Ann C. | 2. Court or Organization<br><br>U.S. Court of Appeals 7th Cir. | 3. Date of Report<br><br>05/13/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>219 South Dearborn<br>Chicago, IL | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Equal Justice Works |
| 2. Board of Trustees | National Institute for Trial Advocacy |
| 3. Board of Directors | Federal Bar Association |
| 4. Board of Trustees, Secretary | University of Notre Dame |
| 5. Board of Directors, Past President | Federal Judges Associaton, Chicago Chapter |
| 6. Judicial Advisory Committee, Chair | Just the Beginning Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Williams_Ann_C

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C. | 05/13/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | National Institute for Trial Advocacy - Salary | $25,830.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. SEE ATTACHED | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## SECTION IV - Reimbursements

**NOTE:**    USE THIS SIMILAR INFO WHEN FILLING AT NON-CASE RELATED FORM.

### Reimbursements for Meals, Hotel and Transportation Only

| Travel Dates | 2008 |
|---|---|
| January 4-11 | Houston, TX<br>(Teacher -Trial Advocacy Program)<br>National Institute for Trial Advocacy |
| January 28-31 | New York, New York<br>(Panelist)<br>Columbia Law School |
| Feb 18-21 | Wheeling, IL<br>(Teacher -Trial Advocacy Program)<br>National Institute for Trial Advocacy |
| Feb 22 -24 | Cambridge, MA<br>(Speaker - BLSA Spring Conference)<br>Harvard Law School |
| Feb 27- Mar 2 | Dana Point CA<br>(Cont. Legal Education - Seminar Panelist)<br>Pricewaterhouse Coopers |
| Mar 10-11 | Washington, DC<br>(Teacher - Deposition Program)<br>National Institute for Trial Advocacy |

| | |
|---|---|
| Mar 31-Apr. 3 | Wheeling, IL<br>(Teacher - Advocacy Program)<br>National Institute for Trial Advocacy |
| April 10 | Washington, DC<br>(Mtg w/ Ghanian Chief Justice Wood)<br>Lawyers Without Borders |
| April 24-26 | Santa Barbara, CA<br>(Board Meeting)<br>National Institute for Trial Advocacy |
| May 3-5 | Washington, DC<br>(Board Meeting)<br>Federal Judges Association |
| June 12-14 | New York, NY<br>(Board Meeting)<br>Equal Justice Works |
| July 7-8 | Atlanta, GA<br>(Meeting w/ Liberian Delegation)<br>World Bank |
| July 14-15 | Washington, DC<br>(Teaching - Deposition Program)<br>National Institute for Trial Advocacy |
| July 28-30 | Houston, TX<br>(Conference)<br>National Bar Association |

August 7-11          New York, NY
                     (Award Recipient/Panelist)
                     American Bar Association

August 18-23         Nairobi, Kenya
                     (Teaching - Judicial Colloquim)
                     USAID

September 24-26      Washington, DC
                     (Conference)
                     Just the Beginning Foundation

October 9-15         Accra, Ghana
                     (Ghana US Judicial Exchange -Training)
                     Fordham Law School

Oct 28 - Nov 1       Lyon, France
                     (Symposium)
                     US Marshal Service

Dec 2                Washington, DC
                     (Board Meeting)
                     Federal Judges Association

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C. | 05/13/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Savings Bond | A | Interest | J | T | | | | | |
| 2. Elgin State Bank - Accounts | B | Interest | M | T | | | | | |
| 3. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 4. LaSalle Bank - Account | A | Interest | K | T | | | | | |
| 5. ▓▓▓▓▓▓Accounts | A | Interest | K | T | | | | | |
| 6. Mass Mutual Universal - Variable | A | Interest | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544